Wilo B. Nunez, Esq. (SBN 92974)
**LAW OFFICES OF**
**WILO B. NUNEZ**
17042 Bellflower Blvd.
Bellflower, CA 90706
Telephone: (562) 288-1244
Facsimile: (562) 263-3283

Attorney for Debtor
SALVADOR HERNANDEZ

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

In re:  )  **CASE NO.:   6:08-bk-27152-PC**
 )  **Chapter 13**
SALVADOR HERNANDEZ,  )
 )  **APPLICATION FOR SUPPLEMENTAL**
 Debtor,  )  **FEES:**
 )
_____  )  **(No Hearing Required)**

**TO THE HONORABLE PETER H CARROLL; ROD DANIELSON, CHAPTER 13 TRUSTEE;**

**AND TO ALL INTERESTED PARTIES.**

Applicant is counsel of record for the above-named Debtor, who is under a confirmed Chapter 13 Plan. Attorney's fees to be paid in the amount of $1,000.00, to be paid through the plan.

Apart from the regular fees for the Chapter 13 plan and Petition, Applicant has performed certain extraordinary services at the request of the Debtor as follows: Flat rate fee of $500, for preparation, legal research and appearance for Motion to Extinguish Lien of the second mortgage on Debtor's property. The Motion was granted on February 11, 2009. The reasonable value for said services is $500.00, of which $0.00 has been paid.

**WHEREFORE,** Applicant respectfully requests that the Court allow the sum of $500 to be paid the Applicant and that the money be paid through the Chapter 13 plan.

Dated: February 25, 2009     /s/ Wilo B. Nunez
 Wilo B. Nunez Attorney for Debtor
 SALVADOR HERNANDEZ

---