Wilo B. Nunez, Esq. (SBN 92974)
LAW OFFICES OF
WILO B. NUNEZ
17042 Bellflower Blvd.
Bellflower, CA 90706
Tel.:   (562) 282-1244
Fax:   (562) 263-3283

Attorney for Debtors
SALVADOR & VERONICA HERNANDEZ

FILED & ENTERED

MAR 30 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY zamora    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA (RIVERSIDE)

In re:

SALVADOR HERNANDEZ &
VERONICA HERANDEZ,

Debtors,

Case No.: 6:08-bk-27152-PC

Chapter 13

**ORDER GRANTING DEBTOR'S MOTION TO VALUE LIEN**

Date:    February 11, 2009
Time:    1:30 pm
Place:   United States Bankruptcy Court
         Courtroom #304
         3420 Twelfth Street
         Riverside, CA 92501

On the above captioned date and time, the Court considered the Debtor's Motion to value a junior lien on the Debtor's principal residence. Appearances were entered on the record. Based upon findings of fact and conclusions of law stated on the record pursuant to F.R. Civ. P. 52(a)(1), as incorporated into FRBP 7052 and applied to contested matters through FRBP 9014(c), it is:

**ORDERED** that the Debtors' Motion be, and the same is hereby, granted; and it is further;

**ORDERED** that the second Deed of Trust lien of Litton Loan Servicing (Lien), at 13596 Boulder Lane, Victorville, California 92392 (Property), together with the claim of Litton Loan Servicing, are determined to be completely unsecured; and it is further;

**ORDERED** that upon completion of all plan payments and entry of a discharge in this case pursuant to 11 U.S.C. § 1328, the Lien will be void and will not constitute an encumbrance on the Property; and it is further

**ORDERED** that upon completion of all plan payments and entry of a discharge in this Case, Litton Loan Servicing is ordered to reconvey the Deed of Trust and otherwise take steps as are required to clear title, free of said lien as to the Property; and it is further

**ORDERED** that should this case be dismissed or converted to another chapter under title 11 prior to the completion of all plan payments and entry of discharge pursuant to 11 U.S.C. § 1328, the Lien shall remain valid.

###

DATED: March 30, 2009

United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT FOR PROPOSED ORDER**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: **17042 Bellflower Blvd., Bellflower, California 90706**

The foregoing document described as:

**ORDER ON MOTION TO EXTINGUISH LIEN OF LITTON LOAN SERVICING**

will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **March 23, 2009**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:  **(see attached service list)**

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

| March  23, 2009 | Andrea Bautista | /s/ Andrea Bautista |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

# SERVICE LIST

| | |
|---|---|
| **DEBTOR** | **CREDITORS** |
| Salvador Hernandez<br>Veronica Hernandez<br>13596 Boulder Lane<br>Victorville, CA  92392 | Litton Loan Servicing L.P.<br>4828 Loop Central Dr., Ste. 600<br>Houston, Tx 77081<br>**Agent for Service of Process**<br>Corporation Service Company Which<br>Will Do Business in California as<br>SC-Lawyers Incorporating Service |
| **CHAPTER 13 TRUSTEE** | |
| Rod (MJ) Danielson<br>4361 Latham Street, Suite 270<br>Riverside, CA   92501 | Litton Loan Servicing, L.P.<br>c/o McCALLA RAYMER, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, Georgia 30076 |
| | Joe M. Lozano, Jr.<br>Bruce, Vander Linden & Wernick, P.C.<br>9441 LBJ Freeway, Suite 350<br>Dallas TX 75243<br>Authorized Agent for<br>Litton Loan Servicing, LP |
| | Countrywide Home Loans, Inc.<br>4500 Park Granada #11<br>Calabasas, CA  91302<br>**Agent for Service of Process**<br>C T Corporation System<br>818 West Seventh St<br>Los Angeles, CA  90017 |

# SERVICE LIST FOR ENTERED ORDER

Notice is given by the court that a judgment or order entitled:

## ORDER ON MOTION TO EXTINGUISH LIEN OF LITTON LOAN SERVICING

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 23, 2009**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Rod (PC) Danielson         notice-efile@rodan13.com
- Joe M Lozano               notice@NBSDefaultServices.com
- Wilo B Nunez               lazmach@aol.com
- Cassandra J Richey         cmartin@pprlaw.net
- Kathy Shakibi              bknotice@rcolegal.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:  : **(see attached service list)**

# SERVICE LIST

**DEBTOR**

Salvador Hernandez
Veronica Hernandez
13596 Boulder Lane
Victorville, CA  92392

**CHAPTER 13 TRUSTEE**

Rod (MJ) Danielson
4361 Latham Street, Suite 270
Riverside, CA  92501

**CREDITORS**

Litton Loan Servicing L.P.
4828 Loop Central Dr., Ste. 600
Houston, Tx 77081
**Agent for Service of Process**
Corporation Service Company Which
Will Do Business in California as
SC-Lawyers Incorporating Service

Litton Loan Servicing, L.P.
c/o McCALLA RAYMER, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, Georgia 30076

Joe M. Lozano, Jr.
Bruce, Vander Linden & Wernick, P.C.
9441 LBJ Freeway, Suite 350
Dallas TX 75243
Authorized Agent for
Litton Loan Servicing, LP

Countrywide Home Loans, Inc.
4500 Park Granada #11
Calabasas, CA  91302
**Agent for Service of Process**
C T Corporation System
818 West Seventh St
Los Angeles, CA  90017

- 6 -