## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Wilo B. Nunez | Atty Name (if applicable): | Wilo B. Nunez |
| Street Address: | WILO B. NUNEZ<br>2675 Olive Street<br>Huntington Park, CA 90255 | CA Bar No. (if applicable): | 92974 |
| Filer's Telephone No.: | 1-323-588-5191 | Atty Fax No. (if applicable): | 1-323-588-1591 |

| | |
|---|---|
| In re:<br><br>Salvador Hernandez<br>Veronica Hernandez | Case No. 6:08-bk-27152-CB<br><br>Chapter 13 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?
☐ Yes      ☒ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐ A   ☐ B   ☐ C   ☐ D   ☐ E   ☐ F   ☐ G   ☐ H   ☒ I   ☒ J

☐ Statement of Social Security Number(s)      ☐ Statement of Financial Affairs

☐ Statement of Intention      ☐ Other

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.

I/We, **Salvador Hernandez and Veronica Hernandez**, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

| | **\*\*FOR COURT USE ONLY\*\*** |
|---|---|
| DATED: **April 15, 2011**<br><br>**/s/ Salvador Hernandez**<br>Salvador Hernandez<br>*Debtor Signature*<br><br>**/s/ Veronica Hernandez**<br>Veronica Hernandez<br>*Co-Debtor Signature* | |

**\*\*SEE PROOF OF SERVICE\*\***

## PROOF OF SERVICE

I hereby certify that a copy of the Amendment(s) was(were) mailed to the Trustee and that notice was given to the additional creditors listed.

DATED:  **April 15, 2011**                                    **Wilo B. Nunez**

                                                              Print or Type Name

                                                              **/s/ Wilo B. Nunez**

                                                              *Signature*

(SEE ATTACHED MAILING LIST.)

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Wilo B. Nunez<br>LAW OFFICES OF WILO B. NUNEZ<br>17038 Bellflower Blvd.<br>Bellflower,, CA 90706<br>1-800-915-1595 Fax: 1-562-263-3288<br>92974<br>☐ Attorney for: | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>Salvador Hernandez<br>Veronica Hernandez<br><br>                         Debtor(s). | CASE NO.:<br>CHAPTER: 13<br>ADV. NO.: |

### ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☐ Petition, statement of affairs, schedules or lists         Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☐ Other: _Schedule I & J_                 Date Filed: 4-15-2011

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

/s/ Salvador Hernandez _Salvador Hernandez_     4-15-2011
_Signature of Signing Party_          Date
**Salvador Hernandez**
_Printed Name of Signing Party_
/s/ Veronica Hernandez _Veronica Hernandez_     4-15-2011
_Signature of Joint Debtor_         Date
**Veronica Hernandez**
_Printed Name of Joint Debtor_

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

/s/ Wilo B. Nunez              4-15-2011
_Signature of Attorney for Signing Party_    Date
**Wilo B. Nunez 92974**
_Printed Name of Attorney for Signing Party_

B6I (Official Form 6I) (12/07)

In re   **Salvador Hernandez**
    **Veronica Hernandez**       Case No.   **6:08-bk-27152-CB**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**12**<br>**16** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Truck Driver** | **Foster Care** |
| Name of Employer | **Uni Focus International, Inc.** | **Concept 7** |
| How long employed | **15 years** | **2 years** |
| Address of Employer | **DBA JJES Express**<br>**DBA FAK Distribution Center**<br>**717 South Nogales Street**<br>**City of Industry, CA 91748** | **Ontario, CA** |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 2,500.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 2,500.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ 288.00 | $ 0.00 |
|     b. Insurance | $ 0.00 | $ 0.00 |
|     c. Union dues | $ 0.00 | $ 0.00 |
|     d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 288.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 2,212.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ 0.00 | $ 1,460.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 0.00 | $ 1,460.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ 2,212.00 | $ 1,460.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ 3,672.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

In re    Salvador Hernandez
         Veronica Hernandez                                    Case No.   6:08-bk-27152-CB
                              _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 1,332.06 |
| a. Are real estate taxes included? | Yes  X          No ___ | | |
| b. Is property insurance included? | Yes  X          No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 115.00 |
| b. Water and sewer | | $ | 95.00 |
| c. Telephone | | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | | $ | 340.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 50.00 |
| 4. Food | | $ | 750.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 40.00 |
| 7. Medical and dental expenses | | $ | 20.00 |
| 8. Transportation (not including car payments) | | $ | 360.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 51.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 149.00 |
| e. Other  **Healthy Family** | | $ | 9.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other  **grooming, personal care & misc.** | | $ | 100.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $   3,611.06

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| 20. STATEMENT OF MONTHLY NET INCOME | | |
|---|---|---|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,672.00 |
| b.   Average monthly expenses from Line 18 above | $ | 3,611.06 |
| c.   Monthly net income (a. minus b.) | $ | 60.94 |

**B6J (Official Form 6J) (12/07)**

In re   **Salvador Hernandez**
     **Veronica Hernandez**            Case No.   **6:08-bk-27152-CB**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

Other Utility Expenditures:

| | | |
|---|---|---|
| Gas | $ | 45.00 |
| Cable, Internet & phone | $ | 150.00 |
| Cellular Phones (family plan) | $ | 145.00 |
| **Total Other Utility Expenditures** | $ | **340.00** |

Apr. 15. 2011 9:23AM
04-15-2011 09:39AM
Case 6:08-bk-27152-CB    Doc 52    Filed 04/15/11    Entered 04/15/11 09:39:25    Desc
Main Document      Page 7 of 11
No. 0632    P. 7
Pag. 7

17385

UNI-FOCUS INT'L INC.
DBA IJES EXPRESS
DBA FAK DISTRIBUTION CENTER
717 S. NOGALES ST.
CITY OF INDUSTRY, CA 91748

EAST WEST BANK
19756 E. Colima Road
Rowland Heights, CA 91748
1-888-895-5650
16-7038-3220

3/31/2011

PAY
TO THE
ORDER OF      SALVADOR HERNADEZ                                    $  **1,080.59

One Thousand Eighty and 59/100*********************************************************************** DOLLARS

SALVADOR HERNADEZ
2407 E. 2Nd St.
Los Angeles, CA 90033

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE

MEMO    3/16-3/31

⑈0 ⑈7385⑈ ⑆32207038⑈⑆ 63762918⑈

17385

SALVADOR HERNADEZ                              3/31/2011

| | |
|---|---:|
| Payroll | 1,250.00 |
| Tax-FICA | -76.28 |
| Tax-SDI | -16.20 |
| Tax-FIT | -95.00 |
| Tax-SIT | -31.93 |
| Health Ins. | 100.00 |
| | -50.00 |

1718∢

UNI-FOCUS INT'L INC.
DBA IJES EXPRESS
DBA PAK DISTRIBUTION CENTER
717 S. NOGALES ST.
CITY OF INDUSTRY, CA 91748

**UCB®**
757 North Hill Street, Suite 101, Los Angeles, CA 90012
1-800-xxx-xxxx

16-8614-3220

3/16/2011

PAY
TO THE
ORDER OF     SALVADOR HERNADEZ                          $  **1,130.59

One Thousand One Hundred Thirty and 59/100************************************************  DOLLARS

SALVADOR HERNADEZ
2407 E. 2Nd St.
Los Angeles, CA 90033

VOID AFTER 90 DAYS

MEMO
    3/1-3/15                                    AUTHORIZED SIGNATURE

⑈O17184⑈ ⑆322086142⑆    6376 2918⑈

                                                        17184

SALVADOR HERNADEZ                          3/16/2011

| | | |
|---|---|---|
| Payroll | | 1,250.00 |
| Tax-FICA | | -76.28 |
| Tax-SDI | | -16.20 |
| Tax-FIT | | -95.00 |
| Tax-STI | | -31.93 |
| Health Ins. | | 100.00 |

EWB-Checking#637  3/1-3/15            (24)            1,130.59



CONCEPT 7, INC.
501 N. MAIN ST.
ORANGE, CA 92868
(714) 906-9734

PAY   **TWO THOUSAND ONE HUNDRED THIRTY-THREE AND XX / 100**

TO THE
ORDER
OF
Salvador or Veronica Hernandez
13596 Boulder Lane
Victorville, CA 92392-8383

ORANGE COMMUNITY BANK
1045 N. TUSTIN AVE.
ORANGE CA 92867
90-4817/222

DATE              AMOUNT
04/06/2011        *****2,133.00*

AUTHORIZED SIGNATURES

⑈061437⑈ ⑆222481317⑆: 20⑈200 22973⑈

61437

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 03/31/2011 | 310311016 | Jaime C | 810.00 | 0.00 | 810.00 |
| 03/31/2011 | 310311039 | Carl Michael K | 675.00 | 0.00 | 675.00 |
| 03/31/2011 | 310311040 | Nigel Elijah K | 648.00 | 0.00 | 648.00 |

CONCEPT 7, INC.

| Check: 061437 | 04/06/2011 | Salvador or Veronica Hernandez | | TOTAL | 2,133.00 |
|---|---|---|---|---|---|

CONCEPT 7, INC.
826 N. BATAVIA ST.
ORANGE, CA 92868
(714) 960-754

PAY **TWO THOUSAND ONE HUNDRED THIRTY-THREE AND XX/100**

TO THE
ORDER
OF

Salvador or Veronica Hernandez
13596 Boulder Lane
Victorville, CA 92392-8383

ORANGE COMMUNITY BANK
1086 W. KATELLA AVE.
ORANGE, CA 92867
90-4317/1222

DATE
03/08/2011

AMOUNT
*******2,133.00*

AUTHORIZED SIGNATURES

61249

⑆081249⑆ ⑉122243172⑉ ⑈01200229731⑈

| CONCEPT 7, INC. | | | | |
|---|---|---|---|---|
| INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
| 310281015 | Jamie C | 810.00 | 0.00 | 810.00 |
| 310281041 | Carl Michael K | 675.00 | 0.00 | 675.00 |
| 310281042 | Nigel Elijah K | 648.00 | 0.00 | 648.00 |

| | | | |
|---|---|---|---|
| DATE | | | |
| 02/28/2011 | | TOTAL | 2,133.00 |
| 02/28/2011 | | | |
| 02/28/2011 | | | |

Check: 061249

03/08/2011    Salvador or Veronica Hernandez

CONCEPT 7, INC.    61249

14205523

## ATTACHED INCOME AND EXPENSES

| | | |
|---|---|---|
| Gross income:        (Concept 7 ) | | 2133 |
| Allowance ($9 & $6 every Sunday): | 60 | |
| Clothing allowance (10% of Check): | 213 | |
| Meals/entertainment: | 150 | |
| Gas & Vehicle maintenance: | 250 | |
| Total Expenses: | 673 | |
| Net Income: | | $1,460 |