| Attorney or Party Name, Address, Telephone and FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Wilo B. Nunez**<br>**WILO B. NUNEZ**<br>**2675 Olive Street**<br>**Huntington Park, CA 90255**<br>**1-323-588-5191 Fax: 1-323-588-1591**<br>California State Bar Number: **92974**<br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER **13**<br>CASE NUMBER **6:08-bk-27152-CB** |
|---|---|
| In re<br>**Salvador Hernandez**<br>**Veronica Hernandez**<br><br><br><br>Debtor(s). | **DEBTOR'S MOTION FOR<br>AUTHORITY TO REFINANCE (MODIFY)<br>REAL PROPERTY<br>UNDER LBR 3015-1 (p)**<br><br>(No Hearing Required) |

Debtor moves this Court for an order authorizing the debtor to refinance (MODIFY) the real property, described below, pursuant to the terms and conditions described herein.

1. Debtor's Chapter 13 Plan (the "Plan") was confirmed on: **February 11, 2009** .

2. Debtor wishes to refinance**(modify)** the real property (the "Property") located at:
    **13596 Boulder Lane**
    **Victorville, CA 92392-8383**

    The Property is more particularly described as:
    TRACT 16171-2 LOT 78 BOOK 313 PAGE 51 OF COUNTY OF SAN BERNARDINO

    ☒ Debtor wishes to modify the Plan for as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this Motion.

3. Debtor requests authority to borrow **(modify)** the sum of $ **$284,733.77** from
    Lender name:   Bank of America Home Loans
    Address:       4500 Amon Carter Blvd.
                   Fort Worth, TX 76155-2202
    Debtor also requests authority to execute a promissory note secured by a _____ deed of trust on the Property.

    **\*\*\*\* modification of exceeding loan--no escrow or new deed of trust \*\*\***

4. From the proceeds of this loan, the following encumbrances of record against the Property will be paid through escrow:
    a) _____
    b) _____
    c) _____

5. After payment of the foregoing encumbrances and all costs of sale:
    ☐ there will remain the approximate sum of $_____; OR
    ☒ no proceeds will remain.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                                 **F 3015-1.15**

F 3015-1.15

| In re: | | CHAPTER 13 |
|---|---|---|
| **Salvador Hernandez**<br>**Veronica Hernandez** | Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

6. ☐ (a) The Chapter 13 Trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:  **(not applicable**)
   ☐ 100% dividend to unsecured creditors; OR
   ☐ _____% dividend as indicated in the confirmed plan.
   After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.
   **OR**
   ☐ (b) The Chapter 13 Trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The refinance is in the best interest of the creditors.

7. The escrow is being processed by: **(not applicable**
   Escrow company name:
   Address:

   Telephone:
   Facsimile:
   Escrow officer:
   Escrow number:

8. Supporting documents attached to this Motion are:
   a) Exhibit "A" – Loan Modification
   b) Exhibit "B" –  Amended Schedules I and J

   *(Note – Debtor must provide to Chapter 13 Trustee a certified copy of the escrow closing statement within 14 days of the close of escrow.)*

Dated: April 15, 2011                         **/s/ Wilo B. Nunez**
                                               Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 15, 2011                         **/s/ Salvador Hernandez**
                                               Debtor

Dated: April 15, 2011                         **/s/ Veronica Hernandez**
                                               Joint Debtor

Debtor's Motion For Authority to Refinance Real Property - Page 3                                        F 3015-1.15

| In re: | | CHAPTER 13 |
|---|---|---|
| **Salvador Hernandez**<br>**Veronica Hernandez** | Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**WILO B. NUNEZ**
**2675 Olive Street**
**Huntington Park, CA 90255**

A true and correct copy of the foregoing document described as   **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY UNDER LBR 3015-1 (p)**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Laura NMI Beckmann laura.beckmann@chase.com, bkcourt.notifications@jmpchase.com
- Rod (CB) Danielson (TR) notice-efile@rodan13.com
- Joe M Lozano notice@NBSDefaultServices.com
- Wilo B Nunez lazmach@aol.com
- Cassandra J Richey cmartin@pprlaw.net
- Kathy Shakibi bknotice@rcolegal.com
- United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2011 | **Wilo B. Nunez 92974** | **/s/ Wilo B. Nunez** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                               **F 3015-1.15**

Debtor's Motion For Authority to Refinance Real Property - Page 4

F 3015-1.15

| In re: | | CHAPTER 13 |
|---|---|---|
| **Salvador Hernandez** <br> **Veronica Hernandez** | Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

## SERVICE LIST

Salvador Hernandez
Veronica Hernandez
13596 Boulder Lane
Victorville, CA 92392

Bank of America Home Loans
4500 Amon Carter Blvd.
Fort Worth, TX 76155-2202

BAC Home Loans Servicing, L.P.

fka Countrywide Hom
2380 Performance Dr. Bldg C Mail Stop: R
Richardson, TX 75082

Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579
Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE1-1406
Wilmington, DE 19801-2920

Citifinance
4500 New Linden Hill Road
Wilmington, DE 19808 -2922

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065-6285

Countrywide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024-4100

eCast Settlement Corp
Assigns of HSBC Bank Navada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste #200
Tucson, AZ 85712-1083

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 3015-1.15

Debtor's Motion For Authority to Refinance Real Property - Page 5

F 3015-1.15

| In re:  **Salvador Hernandez  Veronica Hernandez** | Debtor(s). | CHAPTER 13  CASE NUMBER **6:08-bk-27152-CB** |
|---|---|---|

eCast Settlement Corp
P.O. Box 35480
Newark, NJ 07193-5480

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005-8738

GEMB/Loews
P.O. Box 103065
Roswell, GA 30076

GEMB/Sams Club
P.O. Box 981400
El Paso, TX 79998-1400

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

HFC
P.O. Box 1547
Chesapeake, VA 23327-1547

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC/Music
P.O. Box 703
Wood Dale, IL 60191-0703

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2166

Litton Loan Servicing LP
P.O. Box 82909
Dallas, TX 75382-9009

LVNV Funding LLC. Its Successors
and Assigns, Assignee of
Washington Mutual

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 3015-1.15

| In re: <br> **Salvador Hernandez** <br> **Veronica Hernandez** | Debtor(s). | CHAPTER 13 <br> CASE NUMBER **6:08-bk-27152-CB** |
|---|---|---|

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Maria Hernandez
4335 Gettysburg Street
Chino, CA 91710-3209

PRA Receivables Management LLC
As Agent of Portfolio Recoveries Assc.
c/o Wickes Furniture
P.O. Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management LLC
As Agent for Household Finance
of California
P.O. Box 12907
Norfolk, VA 23541-0907

Portfolio Recovery Asso.
P.O. Box 41067
Norfolk, VA 23541-1067

Real Time Solutions
P.O. Box 36655
Dallas, TX 75235-1655

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

THD/CBSD
CCS Gray OPS Center
Sioux Falls, SD 57117-6497

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*    F 3015-1.15

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Wilo B. Nunez<br>LAW OFFICES OF WILO B. NUNEZ<br>17038 Bellflower Blvd.<br>Bellflower,, CA 90706<br>1-800-915-1595 Fax: 1-562-263-3286<br>92974<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Salvador Hernandez<br>Veronica Hernandez<br><br>                                             Debtor(s). | CASE NO.:<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(INDIVIDUAL)**

## PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY

☒ Petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed: _____
☐ Other: __MOTION to MODIFY LOAN__ — Date Filed: __4-15-2011__

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a *Statement of Social Security Number(s)* (Form B21) and provided the executed original to my attorney.

/s/ Salvador Hernandez  _[signature]_  4-15-2011
Signature of Signing Party                          Date
Salvador Hernandez
Printed Name of Signing Party

/s/ Veronica Hernandez  _[signature]_  4-15-2011
Signature of Joint Debtor                            Date
Veronica Hernandez
Printed Name of Joint Debtor

## PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the *Declaration of Debtor(s) or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Debtor(s) or Other Party*, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the *Statement of Social Security Number(s)* (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the *Statement of Social Security Number(s)* (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the *Statement of Social Security Number(s)* (Form B21) available for review upon request of the Court.

/s/ Wilo B. Nunez  _[signature]_  4-15-2011
Signature of Attorney for Signing Party      Date
Wilo B. Nunez 92974
Printed Name of Attorney for Signing Party