# EXHIBIT A

# Bank of America Home Loans

**SALVADOR & VERONICA HERNANDEZ**

RE: Loan Modification Offer Related to BK case#     08 - 27152

Please find enclosed a loan modification offered to your client from BAC Home Loans Servicing, LP. If accepted and approved by the bankruptcy court, the modification payment will take effect on **06/01/2011**.

In order for the modification to be completed, we must receive the executed documents, **along with court approval** within (10) days of the modification effective date (above). Failure to obtain court approval and return the above requested documents will result in automatic cancellation of this offer.

Please return a copy of the court approval and signed docs using the enclosed FEDEX envelope to the address below:

**Bank of America Home Loans**
**4500 Amon Carter blvd**
**Fort Worth TX 76155-2202**
**TX2-977-01-06**

If you have any questions related to the terms of the enclosed offer, please contact Bankruptcy Department in the Home Retention Division at 972.498.2502 and please reference loan #█████235

Thank you!
Bank of America Home Loans

CC:
ROUTH, CRABTREE, OLSEN, PS
3535 FACTORIA BLVD SE, STE#200
BELLEVUE, WA    98006

LAW OFFICES OF WILO NUNEZ
17038 Bellflower Blvd
Bellflower     CA 90706

# Bank of America

BAC Home Loans Servicing, LP
Attn Home Retention Division: CA6-919-01-43
400 National Way
Simi Valley, CA 93065

March 25, 2011

VERONICA HERNANDEZ
SALVADOR HERNANDEZ
13596 Boulder Ln
Victorville    CA    92392 - 8383

Loan# ███████
Property Address: 13596 BOULDER LANE
VICTORVILLE, CA 92392

## IMPORTANT MESSAGE ABOUT YOUR LOAN

Dear SALVADOR HERNANDEZ, VERONICA HERNANDEZ

BAC Home Loans Servicing, LP is committed to helping our valued customers who may be having difficulty in making their mortgage payments. Enclosed is a proposed agreement to modify your loan. [1] This modification agreement will not be binding or effective unless and until it has been signed by both you and BAC Home Loans Servicing, LP. Further, in order for the loan modification to become effective, you must complete the actions in the "To Accept the Proposed Modification" section of this letter by no later than May 9, 2011.

### SUMMARY OF PROPOSED MODIFICATION

| | |
|---|---|
| Current Interest Rate | 7.875% |
| New Interest Rate | 2.000% |
| Unpaid Principal Balance [2] | $284,733.77 |
| New Maturity Date [3] | 9/1/2036 |
| Effective Date | 6/1/2011 |
| Interest Rate Term | 304 |

A breakdown of your new monthly payment is as follows:

| | |
|---|---|
| P&I Payment: [4] | $1,194.62 |
| Escrow / Option ins: | $137.44 |
| New Monthly Payment: | $1,332.06 |

### TO ACCEPT THE PROPOSED MODIFICATION, COMPLETE THE FOLLOWING BY May 9, 2011:

1. **Carefully review all documentation enclosed.** [5] On the following pages, we have outlined important legal terms and notices of this change. It is very important that you read and understand these terms.

2. Sign and date the enclosed Loan Modification Agreement in the presence of a notary. The notary acknowledgment must be in recordable form. All parties who own an interest in the property must sign the modification agreement as their name appears on the enclosed agreement.

   **Special Requirements if the loan Modification Agreement is being executed in California:**
   If executing the Loan Modification Agreement in the state of California, you must also sign and execute the California Notary Acknowledgement in the presence of a Notary. It will be utilized by the notary of the state of California in place of the notary section contained in the Loan Modification Agreement.

---

[1] The enclosed terms are based upon information you provided to us and may be subject to validation.

[2] Your "Unpaid Principal Balance" is calculated by adding the Delinquent Balance to your current Unpaid Principal Balance of $269,968.00.

[3] Your new maturity date may have changed from your current maturity date as a result of the modification terms. This agreement will bring the loan current; however, you are still required to pay back the entire unpaid principal balance by the maturity date for your loan.

[4] Payment subject to change. Review your agreement for more information.

[5] BAC Home Loans Servicing, LP is required by law to inform you that this communication is from a debt collector.

# Bank of America

**3** Remit the Total Amount Due of **$0.00** in CERTIFIED CHECK OR MONEY ORDER.

| | |
|---|---|
| Title and Recording Fees: | $0.00 |
| Delinquent Escrow: | $562.28 |
| Foreclosure Fees: | $1,214.86 |
| Bankruptcy Fees: | $0.00 |
| Property Inspection: | $89.00 |
| Late Charges Due: | $0.00 |
| NSF/Misc. Fees: | $0.00 |
| Delinquent Mortgage Payments(s): | $0.00 |
| Partial Funds : | $1,866.14 |
| Additional Contribution Agreed To: | $0.00 |
| **Total Amount Due with Executed Agreement:** | **$0.00** |

**4** Using the pre-addressed, pre-paid FedEx envelope and the address label provided, return all property signed and notarized documents and first payment no later than May 9, 2011.

### DID YOU REMEMBER
☐ Loan Modification Agreement
(See Item #2 above)
☐ California Notary Acknowledgement
(If applicable. See Above)
☐ Certified Check or Money Order for the Total Amount Due

NOTE: Failure to return all documents correctly signed, dated and notarized and the first payment as requested will result in processing delays.

## IMPORTANT TERMS OF PROPOSED MODIFICATION
Upon the modification agreement becoming binding and effective, the mortgage will be modified to reflect the following terms. Please read this section carefully to understand the impact of this modification on your current mortgage.

### Delinquent Balance
The Following shows your current delinquent balance as of May 1, 2011. This reflects the total amount needed to bring our loan current. The proposed modification will cure the below delinquency and bring your loan current; however, it may also increase your monthly payment.

| | |
|---|---|
| Delinquent Interest accrued from December 1, 2010 to May 1, 2011: | $10,630.02 |
| Fees and Costs*: | $0.00 |
| Delinquent Escrow | $4,135.75 |
| Total Amount to be added to your Principal Balance : | $14,765.77 |

### Fees and Costs are Estimated*
Fees may include but are not limited to property inspection fees, property preservation fees, legal fees, appraisal fees, BPO fees, title report fees, recording fees and/or subordination fees. We have made every attempt to estimate the amount of fees and costs that may have beeen incurred and not yet paid by Bank of America Home Loans, LP in the servicing of your loan. Fees and costs incurred but not yet billed and not included above will remain your responsibility following the modification.

You will not pay any modification fee in connection with this agreement.

# Bank of America

## Notice of Interest Rate Changes

Your current interest rate is 7.875%

Under the terms of the modification, your loan becomes a STEP RATE LOAN. Your new reduced rate of 2.000% will be effective as of the June 1, 2011 payment.

A breakdown of the scheduled interest rate changes is as follows:

| Years | Interest Rate | Interest Rate Change Date | Type of Payment | Monthly Payment | Payment Begins on | Number of Monthly Payments |
|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 5/1/2011 | Principal and Interest | $1,194.62 | 6/1/2011 | 60 |
| 6 | 3.000% | 6/1/2016 | Principal and Interest | $1,311.47 | 6/1/2016 | 12 |
| 7 | 4.000% | 5/1/2017 | Principal and Interest | $1,429.29 | 5/1/2017 | 12 |
| 8 | 5.000% | 5/1/2018 | Principal and Interest | $1,547.32 | 6/1/2018 | 220 |

## Other Conditions that May Apply

Upon request, you may be asked to provide a copy of your most recent supporting income receipts (pay stubs). If you are self-employed, please include the last two (2) quarters of your Profit and Loss Statements (P&L Statements). If you have recently secured new employment, please include a letter from your employer verifying net and gross income. Please do not send originals.

In some cases, a lender's title insurance policy or endorsement may be required. The policy insures the Modified Mortgage as a valid lien in accordance with our requirements. If you have any other encumbrances on the property, then you may be required to obtain agreements by which other secured creditors subordinate their interest to the Modified Mortgage.

If any issues arise between the date of this letter and the date on which all of the terms and conditions of this letter are finalized, including, but not limited to, deterioration in the condition of the property, lawsuits, liens, additional expenses and defaulted amount, then we may not sign the modification agreement and we may pursue all collection action, including foreclosure.

This letter does not stop, waive or postpone the collection actions, or credit reporting actions we have taken or contemplate taking against you and the property. In the event that you do not or cannot fulfill ALL of the terms and conditions of this letter no later than May 9, 2011 we will continue our collections actions without giving you additional notices or response periods.

## IF YOU HAVE QUESTIONS

If you have any questions about this program, please contact us at 800.669.6607. Our dedicated Loan Consultants can be reached from 8:00 AM until 9:00 PM CT Monday through Friday, and 8:00 AM until 3:00 PM CT on Saturday. You can also learn more about our Homeownership Retention Program by visiting us online at www.bankofamerica.com/cwmain.

We are committed to providing you the help you need to remain in your home. Please take advantage of this offer by completing the enclosed forms, or call us to see how we can help you. We look forward to receiving all required documents and your first payment prior to the document return deadline of May 9, 2011.

Sincerely,

Home Retention Division
BAC Home Loans Servicing, LP

```
RECORDING REQUESTED BY:
BAC Home Loans Servicing, LP
Attn: Home Retention Division: CA6-919-01-43
400 National Way
Simi Valley, CA 93065
```

Loan #: ▓▓▓▓▓35

───────────────── SPACE ABOVE THIS LINE FOR RECORDER'S USE ─────────────────

# LOAN MODIFICATION AGREEMENT
### (Fixed Interest Rate)

This Loan Modification Agreement ("Agreement"), made this 25th day of March 2011, between SALVADOR HERNANDEZ, VERONICA HERNANDEZ (the "Borrower(s)") and BAC Home Loans Servicing, LP (Lender), amends and supplements (1) the Mortgage, Deed of Trust, or Deed to Secure Debt (the Security Instrument), dated the 7th day of August 2006 and in the amount of $269,968.00 and (2) the Note bearing the same date as, and secured by, the Security Instrument, which covers the real and personal property described in the Security Instrument and defined therein as in the 'Property', located at 13596 BOULDER LANE, VICTORVILLE, CA 92392.

SAME AS IN SAID SECURITY INSTRUMENT

In consideration of the mutual promises and agreements exchanged, the parties hereto agree as follows (notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of the 1st day of June 2011, the amount payable under the Note or Security Instrument (the "Unpaid Principal Balance") is U.S. $284,733.77, consisting of the amount(s) loaned to the Borrower by Lender, which may include, but are not limited to, any past due principal payments, interest, fees and/or costs capitalized to date. All costs and expenses incurred by Lender in connection with this Agreement, including recording fees, title examination, and attorney's fees, shall be paid by the Borrower and shall be secured by the Security Instrument, unless stipulated otherwise by Lender.

2. The Borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance from the 1st day of May 2011 of the modified term at the yearly rate of (See Below Schedule). The Borrower promises to make monthly payments of (See Below Schedule) beginning on the 1st day of June 2011. If on the 1st day of September 2036 (the "Maturity Date"), the Borrower still owes amounts under the Note and Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

The payment schedule for this modified Loan is as follows:

| Years | Interest Rate | Interest Rate Change Date | Type of Payment | Monthly Payment | Payment Begins on | Number of Monthly Payments |
|---|---|---|---|---|---|---|
| 1-5 | 2.000% | 5/1/2011 | Principal and Interest | $1,194.62 | 6/1/2011 | 60 |
| 6 | 3.000% | 5/1/2016 | Principal and Interest | $1,311.47 | 6/1/2016 | 12 |
| 7 | 4.000% | 5/1/2017 | Principal and Interest | $1,429.29 | 6/1/2017 | 12 |
| 8 | 5.000% | 5/1/2018 | Principal and Interest | $1,547.32 | 6/1/2018 | 220 |

3. If all or any part of the Property or any interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by the Security Instrument.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which Borrower must pay all sums secured by the Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by the Security Instrument without further notice or demand on Borrower.

4. Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

(a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note, including, where applicable, the Timely Payment Rewards rate reduction, as described in paragraph 1 of the Timely Payment Rewards Addendum to Note and paragraph A.1. of the Timely Payment Rewards Rider. By executing this Agreement, Borrower waives any Timely Payment Rewards rate reduction to which Borrower may have otherwise been entitled; and

(b) all terms and provisions of any adjustable rate rider, or Timely Payment Rewards Rider, where applicable, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above.

5. The Borrower will make such payments at PO Box 615503, Los Angeles, CA 90051-6803 or at such other place as the Lender may require.

6. Nothing in this agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in this Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all terms and provisions thereof, as amended by this Agreement.

7. In consideration of this Modification, Borrower agrees that if any document related to the Security Instrument, Note and/or Modification is lost, misplaced, misstated, inaccurately reflects the true and correct terms and conditions of the loan as modified, or is otherwise missing, Borrower(s) will comply with Lender's request to execute, acknowledge, initial and deliver to Lender any documentation Lender deems necessary. If the original promissory note is replaced the Lender hereby indemnifies the Borrower(s) against any loss associated with a demand on the original note. All documents Lender requests of Borrower(s) shall be referred to as Documents. Borrower agrees to deliver the Documents within ten (10) days after receipt by Borrower(s) of a written request for such replacement.

As evidenced by their signatures below, the Borrower and the Lender agree to the foregoing.

_____              _____
SALVADOR HERNANDEZ                                   Date

_____              _____
VERONICA HERNANDEZ                                   Date


STATE OF _____
County OF _____
On _____ Before me, _____ Notary Public, personally appeared
_____ personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within Instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the Instrument the person(s), or entity upon behalf of which person(s) acted, executed the instrument.

WITNESS my hand and official seal.    Signature _____


BAC Home Loans Servicing, LP is a subsidiary of Bank of America, N.A.    Loan#  142055235    Page 2 of 3

Do Not Write Below This Line.

*************************************************************

**THIS SECTION IS FOR INTERNAL BANK OF AMERICA HOME LOANS SERVICING, LP USE ONLY**

By: _____    Dated: _____

STATE OF _____

County OF _____

On _____ Before me, _____ Notary Public, personally appeare

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signatures (s) on the instrument the person(s), or entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.
Signature

BAC Home Loans Servicing, LP
Attn Home Retention Division: CA6-919-01-43
400 National Way
Simi Valley, CA 93065

Loan #: 142055235

## Acknowledgment

State of California

County of _____

On _____ before me _____
(Insert name & title of the officer)

personally appeared
who proved to me on the basis of satisfactory evidence to be person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____ (Seal)   ◄ NOTARIZE

BA2 Loan# 142055235

RECORDING REQUESTED BY:
BAC Home Loans Servicing, LP
Attn Home Retention Division: CA6-919-01-43
400 National Way
Simi Valley, CA 93065

Loan #: 142055235

---FOR INTERNAL USE ONLY---

## MODIFICATION BANKRUPTCY DISCLOSURE RIDER

THIS MODIFICATION BANKRUPTCY DISCLOSURE RIDER, effective the 25th day of March 2011, is incorporated into and shall be deemed to amend and supplement the Loan Modification Agreement of the same date made by SALVADOR HERNANDEZ, VERONICA HERNANDEZ and BAC Home Loans Servicing, LP (Lender), covering the Property described in the Loan Modification Agreement Located at 13596 BOULDER LANE, VICTORVILLE, CA 92392.

Borrower understands and acknowledges that if Borrower breaches any of the terms and conditions of the Loan Modification Agreement, including but not limited to timely making the payments described in the Loan Modification Agreement, that Lender has the right to foreclose the Property in accordance with the terms and conditions of the underlying Security Instruments.

In addition to the covenants and agreements made in the Loan Modification Agreement, the Borrower and Lender covenant and agree as follows:

1. Borrower was discharged in a Chapter 13 bankruptcy proceeding after the execution of the Note and Security Instruments;
2. Borrower has or reasonably expects to have the ability to make the payments specified in the Loan Modification Agreement; and
3. The Loan Modification Agreement was entered into consensually and it does not affect the discharge of Borrower's personal liability on the Note;

Borrower understands and acknowledges that Borrower has had an opportunity to consult an attorney of Borrower's own choosing before Borrower executed the Loan Modification Agreement or this Modification Bankruptcy Disclosure Rider, and Borrower has either consulted with an attorney or has declined the opportunity to consult with an attorney.

SALVADOR HERNANDEZ                                              Dated

VERONICA HERNANDEZ                                              Dated

BAC Home Loans Servicing, LP

                              Dated

BA2 Loan# 142055235                                          Page 1 of 1