| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Wilo B. Nunez**<br>**LAW OFFICES OF**<br>**WILO B. NUNEZ**<br>**2675 Olive Street**<br>**Huntington Park, CA 90255**<br>**1-323-588-5191 Fax: 1-323-588-1591**<br>California State Bar Number: **92974**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | CHAPTER 13<br><br>CASE NUMBER **6:08-bk-27152-CB** |
| In re<br><br>**Salvador Hernandez**<br>**Veronica Hernandez**<br><br>                                    Debtor(s). | **MOTION UNDER LOCAL BANKRUPTCY RULE 3015-1(n) and (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>(No Hearing Required) |

1. The debtor(s) hereby move(s) this Court to modify the confirmed chapter 13 plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (*check all that apply*):
   ☐ Cure the delinquency.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☒ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed chapter 13 plan:
   The Order Confirming Plan was entered on  **February 11, 2011** .
   Plan payment amount(s): **272**  $ per month.
   Length of plan: **60** months.
   Percentage paid to Class 5 general unsecured creditors: **0** %.

4. There have been **no** previous modification or suspension orders.
   Plan payments have been suspended for __ months and/or the plan has been extended for __ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $___ per month.
   Length of plan: ___ months.
   Percentage to Class 5 general unsecured creditors: ___%.

6. Proposed modification:
   ☐ Suspend (*indicate number of plan payments*) __ plan payments.
   ☐ Extend the term by (*indicate number of months*) __ month(s).
   ☐ Reduce the term by (*indicate number of months*) __ month(s).
   ☐ Increase the plan payment from $___ to $___ from (*date*) _____ to (*date*) _____.
   ☒ Reduce the plan payment from $ **274** to $ **50** from (*date*) **May, 2011** to (*date*) **End of Plan** .

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                          **F 3015-1.6**

*Motion to Modify Plan or Suspend Plan Payments - Page 2*     F 3015-1.6

| In re | CHAPTER 13 |
|---|---|
| **Salvador Hernandez**  **Veronica Hernandez**  Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

Co-Debtor is working with less children is earning a net of $1,460.  There has also been an increase in the expenses due to higher food and gas prices, along with other incidentals.  The debtors were able to reduce the monthly mortgage payment from $1,900 to $1,340, including taxes and insurance, through the Loan Modification--Debtors were also able to have the arrearages added to the back of the loan.  Based on the decrease in the net income and the net decrease in the expenses (with some individual expense items, increasing), the net excess is now $63, therefore a payment plan of $50 is fair and reasonable

*File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income. (amended Schedules I and J are attached as Exhibit B)*

8. If this motion is granted, the last plan payment due would be payable 60 months after the first plan payment was due.

9. If this motion is granted:

    ☐ There will be no change in the percentage paid to Class 5 general unsecured creditors,

    OR

    ☒ The percentage paid to Class 5 general unsecured creditors will change from **0** % to **1** %.

Dated: **April 15, 2011**     **/s/ Wilo B. Nunez**
**Wilo B. Nunez 92974**
Attorney for Debtor(s)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: **April 15, 2011**     **/s/ Salvador Hernandez**
**Salvador Hernandez**
Debtor

Dated: **April 15, 2011**     **/s/ Veronica Hernandez**
**Veronica Hernandez**
Joint Debtor

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 3015-1.6**

*Motion to Modify Plan or Suspend Plan Payments - Page 3*    F 3015-1.6

| In re<br>**Salvador Hernandez**<br>**Veronica Hernandez**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **6:08-bk-27152-CB** |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**WILO B. NUNEZ**
**2675 Olive Street**
**Huntington Park, CA 90255**

A true and correct copy of the foregoing document described as   **Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 15, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Laura NMI Beckmann laura.beckmann@chase.com, bkcourt.notifications@jmpchase.com**
- **Rod (CB) Danielson (TR) notice-efile@rodan13.com**
- **Joe M Lozano notice@NBSDefaultServices.com**
- **Wilo B Nunez lazmach@aol.com**
- **Cassandra J Richey cmartin@pprlaw.net**
- **Kathy Shakibi bknotice@rcolegal.com**
- **United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **April 15, 2011**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 15, 2011** | **Wilo B. Nunez 92974** | **/s/ Wilo B. Nunez** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.6**

| In re **Salvador Hernandez** **Veronica Hernandez** Debtor(s). | CHAPTER **13** CASE NUMBER **6:08-bk-27152-CB** |
|---|---|

## SERVICE LIST

Salvador Hernandez
Veronica Hernandez
13596 Boulder Lane
Victorville, CA 92392

Bank of America Home Loans
4500 Amon Carter Blvd.
Fort Worth, TX 76155-2202

BAC Home Loans Servicing, L.P.

fka Countrywide Hom
2380 Performance Dr. Bldg C Mail Stop: R
Richardson, TX 75082

Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579
Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE1-1406
Wilmington, DE 19801-2920

Citifinance
4500 New Linden Hill Road
Wilmington, DE 19808 -2922

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065-6285

Countrywide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024-4100

eCast Settlement Corp
Assigns of HSBC Bank Navada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste #200
Tucson, AZ 85712-1083

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                              **F 3015-1.6**

*Motion to Modify Plan or Suspend Plan Payments - Page 5*    F 3015-1.6

| In re<br>**Salvador Hernandez**<br>**Veronica Hernandez**<br>Debtor(s). | CHAPTER **13**<br>CASE NUMBER **6:08-bk-27152-CB** |
|---|---|

eCast Settlement Corp
P.O. Box 35480
Newark, NJ 07193-5480

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005-8738

GEMB/Loews
P.O. Box 103065
Roswell, GA 30076

GEMB/Sams Club
P.O. Box 981400
El Paso, TX 79998-1400

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

HFC
P.O. Box 1547
Chesapeake, VA 23327-1547

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC/Music
P.O. Box 703
Wood Dale, IL 60191-0703

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2166

Litton Loan Servicing LP
P.O. Box 82909
Dallas, TX 75382-9009

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.6**

| In re | CHAPTER **13** |
|---|---|
| **Salvador Hernandez** <br> **Veronica Hernandez** <br><br> Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

*Motion to Modify Plan or Suspend Plan Payments - Page 6*    **F 3015-1.6**

LVNV Funding LLC. Its Successors
and Assigns, Assignee of
Washington Mutual
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Maria Hernandez
4335 Gettysburg Street
Chino, CA 91710-3209

PRA Receivables Management LLC
As Agent of Portfolio Recoveries Assc.
c/o Wickes Furniture
P.O. Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management LLC
As Agent for Household Finance
of California
P.O. Box 12907
Norfolk, VA 23541-0907

Portfolio Recovery Asso.
P.O. Box 41067
Norfolk, VA 23541-1067

Real Time Solutions
P.O. Box 36655
Dallas, TX 75235-1655

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

THD/CBSD
CCS Gray OPS Center
Sioux Falls, SD 57117-6497

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*    **F 3015-1.6**

| Attorney or Party Name, Address, Telephone & FAX numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Wilo B. Nunez<br>LAW OFFICES OF WILO B. NUNEZ<br>17038 Bellflower Blvd.<br>Bellflower, CA 90706<br>1-800-915-1595  Fax: 1-562-263-3288<br>92974<br>☐ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Salvador Hernandez<br>Veronica Hernandez<br>                                         Debtor(s). | CASE NO.:<br>CHAPTER: 13<br>ADV. NO.: |
|---|---|

## ELECTRONIC FILING DECLARATION
### (INDIVIDUAL)

**PART I - DECLARATION OF DEBTOR(S) OR OTHER PARTY**

☐ Petition, statement of affairs, schedules or lists.                          Date Filed:
☒ Amendments to the petition, statement of affairs, schedules or lists        Date Filed:
☒ Other: MOTION to MODIFY PLAN                                                 Date Filed: 4-15-2011

I (We), the undersigned Debtor(s) or other party on whose behalf the above-referenced document is being filed (Signing Party), hereby declare under penalty of perjury that: (1) I have read and understand the above-referenced document being filed electronically (Filed Document); (2) the information provided in the Filed Document is true, correct and complete; (3) the "/s/," followed by my name, on the signature line(s) for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature line(s); (4) I have actually signed a true and correct hard copy of the Filed Document in such places and provided the executed hard copy of the Filed Document to my attorney; and (5) I have authorized my attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California. If the Filed Document is a petition, I further declare under penalty of perjury that I have completed and signed a Statement of Social Security Number(s) (Form B21) and provided the executed original to my attorney.

/s/ Salvador Hernandez  [signature]                      4-15-2011
**Signature of Signing Party**                            Date
Salvador Hernandez
**Printed Name of Signing Party**

/s/ Veronica Hernandez  [signature]                      4-15-2011
**Signature of Joint Debtor**                             Date
Veronica Hernandez
**Printed Name of Joint Debtor**

**PART II - DECLARATION OF ATTORNEY FOR SIGNING PARTY**

I, the undersigned Attorney for the Signing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Signing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) the Signing Party signed the Declaration of Debtor(s) or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature(s) of the Signing Party in the locations that are indicated by "/s/," followed by the Signing Party's name, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Debtor(s) or Other Party, and the Filed Document available for review upon request of the Court or other parties. If the Filed Document is a petition, I further declare under penalty of perjury that: (1) the Signing Party completed and signed the Statement of Social Security Number(s) (Form B21) before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (2) I shall maintain the executed original of the Statement of Social Security Number(s) (Form B21) for a period of five years after the closing of the case in which they are filed; and (3) I shall make the executed original of the Statement of Social Security Number(s) (Form B21) available for review upon request of the Court.

/s/ Wilo B. Nunez  [signature]                           4-15-2011
**Signature of Attorney for Signing Party**              Date
Wilo B. Nunez 92974
**Printed Name of Attorney for Signing Party**