| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Wilo B. Nunez**<br>**WILO B. NUNEZ**<br>**2675 Olive Street**<br>**Huntington Park, CA 90255**<br>**1-323-588-5191 Fax: 1-323-588-1591**<br>State Bar Number: **92974**<br>**lazmach@aol.com**<br><br>☒ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Salvador Hernandez**<br>**Veronica Hernandez**<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **6:08-bk-27152-CB**<br>CHAPTER: **13**<br><br>**NOTICE OF MOTION UNDER LOCAL BANKRUPTCY RULES 3015-1(n) AND (w)TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |
|---|---|

1. NOTICE IS HEREBY GIVEN that the debtor(s) in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing**: Any party objecting to the attached motion must file with the court and serve on the debtor(s) and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus an additional 3 days unless this notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Dated:   **April 15, 2011**

By:   */s/ Wilo B. Nunez*
       *Signature of Debtor or Attorney for Debtor*
Name: **Wilo B. Nunez 92974**
       *Type Name of Debtor or Attorney for Debtor*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                                            **F 3015-1.5.MODIFYSUSPEND**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**WILO B. NUNEZ**
**2675 Olive Street**
**Huntington Park, CA 90255**

A true and correct copy of the foregoing document described as   **Notice of Motion Under Local Bankruptcy Rule 3015-1(n) AND (w) To Modify Plan or Suspend Plan Payments**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

 **I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  **April 15, 2011** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Laura NMI Beckmann laura.beckmann@chase.com, bkcourt.notifications@jmpchase.com**
- **Rod (CB) Danielson (TR) notice-efile@rodan13.com**
- **Joe M Lozano notice@NBSDefaultServices.com**
- **Wilo B Nunez lazmach@aol.com**
- **Cassandra J Richey cmartin@pprlaw.net**
- **Kathy Shakibi bknotice@rcolegal.com**
- **United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 15, 2011 | **Wilo B. Nunez 92974** | **/s/ Wilo B. Nunez** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                                              **F 3015-1.5.MODIFYSUSPEND**

# **SERVICE LIST**

Salvador  Hernandez
Veronica  Hernandez
13596 Boulder Lane
Victorville, CA 92392

Bank of America Home Loans
4500 Amon Carter Blvd.
Fort Worth, TX 76155-2202

BAC Home Loans Servicing, L.P.

fka Countrywide Hom
2380 Performance Dr. Bldg C Mail Stop: R
Richardson, TX 75082

Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579
Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE1-1406
Wilmington, DE 19801-2920

Citifinance
4500 New Linden Hill Road
Wilmington, DE 19808 -2922

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065-6285

Countrywide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024-4100

eCast Settlement Corp
Assigns of HSBC Bank Navada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste #200
Tucson, AZ 85712-1083
eCast Settlement Corp
P.O. Box 35480
Newark, NJ 07193-5480

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                                                                              **F 3015-1.5.MODIFYSUSPEND**

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005-8738

GEMB/Loews
P.O. Box 103065
Roswell, GA 30076

GEMB/Sams Club
P.O. Box 981400
El Paso, TX 79998-1400

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

HFC
P.O. Box 1547
Chesapeake, VA 23327-1547

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC/Music
P.O. Box 703
Wood Dale, IL 60191-0703

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2166

Litton Loan Servicing LP
P.O. Box 82909
Dallas, TX 75382-9009

LVNV Funding LLC. Its Successors
and Assigns, Assignee of
Washington Mutual
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Maria Hernandez
4335 Gettysburg Street
Chino, CA 91710-3209

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                                               **F 3015-1.5.MODIFYSUSPEND**

PRA Receivables Management LLC
As Agent of Portfolio Recoveries Assc.
c/o Wickes Furniture
P.O. Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management LLC
As Agent for Household Finance
of California
P.O. Box 12907
Norfolk, VA 23541-0907

Portfolio Recovery Asso.
P.O. Box 41067
Norfolk, VA 23541-1067

Real Time Solutions
P.O. Box 36655
Dallas, TX 75235-1655

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

THD/CBSD
CCS Gray OPS Center
Sioux Falls, SD 57117-6497
-

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2010*                                                                                          **F 3015-1.5.MODIFYSUSPEND**