| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>Joey DeLeon (SBN 150974)<br>4361 Latham Street, Suite 270<br>Riverside, CA  92501-1749<br>(951) 826-8000   FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER  13<br>CASE NUMBER  6:08-27152-CB |
| In re:<br><br>**SALVADOR HERNANDEZ AND VERONICA HERNANDEZ**<br>                                                                          Debtor(s). | (No Hearing Required) |

## TRUSTEE'S COMMENTS ON OR OBJECTION TO:

☒ DEBTOR'S MOTION TO APPROVE REFINANCE/LOAN MODIFICATION AGREEMENT

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on   4/15/11   as docket entry number   53  , recommends:

☒     APPROVAL on the following conditions: MOVANT MUST EITHER OBJECT TO THE CLAIM OF THE MORTGAGE LENDER OR OBTAIN AN AMENDED CLAIM SHOWING ZERO ARREARAGES SO THAT THE TRUSTEE CAN STOP PAYMENTS ON THE CLAIM. TRUSTEE IS ALLOWED TO TAKE HIS FEES ON THE MORTGAGE ARREARS THAT WILL BE PAID OUTSIDE OF THE PLAN AS A RESULTS OF THE PROPOSED REFINANCE/LOAN MODIFICATION (SEE IN RE FULKROD, 973 F.2D 8011 (9TH CIR. 1992). SEE TRUSTEE'S COMMENTS TO DEBTOR'S MOTION TO MODIFY PLAN PAYMENTS (DOC 55) FOR PROPOSED CHANGES TO PLAN TERMS.

Counsel for Movant to lodge order via LOU forthwith.

Dated:   April 25, 2011                                              _____
                                                                                      Chapter 13 Trustee

| In re: | **SALVADOR HERNANDEZ**<br>**VERONICA HERNANDEZ** | | **Chapter: 13** |
|---|---|---|---|
| | | Debtor(s) | Case Number: **6:08-bk-27152-CB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **TRUSTEE COMMENTS RE MOTION TO APPROVE REFINANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___4/26/11___ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ___4/26/11___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Debtor
SALVADOR HERNANDEZ
VERONICA HERNANDEZ
13596 BOULDER LANE
VICTORVILLE, CA 92392

Attorney for Debtor
WILO B. NUNEZ
ATTORNEY AT LAW/ ABOGADO
2675 OLIVE STREET
HUNTINGTON PARK, CA 90255

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-26-11 | Krystal Pereyra | *Krystal Pereyra* |
|---|---|---|
| Date | Type Name | Signature |

FG:173-POS