| | FOR COURT USE ONLY |
|---|---|
| ROD DANIELSON, Chapter 13 Trustee<br>4361 Latham Street, Suite 270<br>Riverside, CA 92501-1749<br>(951) 826-8000  FAX (951) 826-8090<br><br>☐ Attorney for<br>☒ Chapter 13 Trustee | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | Chapter: 13<br><br>Case Number: **6:08-bk-27152-CB** |
| In re:  **SALVADOR HERNANDEZ**<br>         **VERONICA HERNANDEZ**<br><br><br><br>                                              Debtor(s) | **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** |

The undersigned Chapter 13 Trustee, having reviewed the Motion to Modify/Suspend Plan Payments (the "Application") filed:**4/15/2011** as docket entry number **55** provides the following response to the Application:

SUMMARY OF REQUESTED RELIEF:

TRUSTEE'S RECOMMENDATION: PLAN PAYMENT DECREASES TO $60/MO BEG. MAY 2011; PERCENTAGE INCREASES TO 2%; PLAN BASE REDUCED TO $21,129; ALL OTHER PLAN TERMS REMAIN THE SAME

**Counsel for debtor shall submit an order on this application via LOU.**

Dated: 4/25/2011

_____
Rod Danielson, Chapter 13 Trustee

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126
July 2008

F 3015-1.11

| In re: | SALVADOR HERNANDEZ<br>VERONICA HERNANDEZ<br>Debtor(s) | Chapter: 13<br>Case Number: **6:08-bk-27152-CB** |
|---|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address 4361 Latham Street, Suite 270, Riverside, CA 92501.

The foregoing document described **TRUSTEE'S COMMENTS ON OR OBJECTION TO MOTION TO MODIFY/SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Orders(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____4/26/11____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service Information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On ____4/26/11____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here contitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

| Debtor | Attorney for Debtor | Co-Debtor |
|---|---|---|
| SALVADOR HERNANDEZ<br>VERONICA HERNANDEZ<br>13596 BOULDER LANE<br>VICTORVILLE, CA 92392 | WILO B. NUNEZ<br>ATTORNEY AT LAW/ ABOGADO<br>2675 OLIVE STREET<br>HUNTINGTON PARK, CA 90255 | |

☐ Service Information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**(Indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service Information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4-26-11 | Krystal Peregrin | /s/ Krystal Peregrin |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

FG:126
July 2008                                                                                                                                F 3015-1.11