Wilo B. Nunez, Esq. (SBN 92974)
**LAW OFFICES OF
WILO B. NUNEZ**
2675 Olive Street
Huntington Park, CA 90255
Telephone: (323) 588-5191
Facsimile: (323) 588-1591

Attorney for Debtors
SALVADOR HERNANDEZ &
VERONICA HERNANDEZ

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE

| | |
|---|---|
| In re:<br><br>SALVADOR HERNANDEZ &<br>VERONICA HERNANDEZ,<br><br>Debtors,<br>_____ | CASE NO.: 6:08-bk-27152-CB<br>Chapter 13<br><br>**DEBTORS' OBJECTION TO PROOF OF CLAIM FILED BY COUNTRYWIDE HOME LOANS (BAC HOME LOANS SERVICING, LP)** |

**TO THE HONORABLE CATHERINE E. BAUER; ROD DANIELSON, CHAPTER 13 TRUSTEE; AND TO ALL INTERESTED PARTIES.**

Debtors, SALVADOR HERNANDEZ & VERONICA HERNANDEZ (hereinafter referred to as "debtors"), by and through their attorney of record, Wilo B. Nunez, hereby submit the following Objection of to the Proof of Claim filed by secured creditor, Countrywide Home Loans, now known as BAC Home Loans Servicing, L.P (hereinafter referred to as "BAC Home Loans").

**REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, as incorporated by Federal Rule of Bankruptcy Procedure 9017, debtors respectfully request this Court take judicial notice of Debtors' Motion to Approve Refinance/Modification Agreement and Trustee's approval of same, along with BAC Home Loans' Proof of Claim.

---

OBJECTION TO PROOF OF CLAIM    -1-

## FACTUAL BACKGROUND

On or about February 29, 2009, BAC Home Loans filed a Proof of Claim against the debtors, indicating arrearages in the amount of $22,608.73. The Court confirmed the Chapter 13 Plan on March 2, 2009, that included payments for the arrearages. On or about late March, 2011, the debtors and the BAC Home Loans reached an agreement modifying the loan, pending Court approval. The modification includes zero arrearages on the loan. (Please find attached as Exhibit "A" to Declaration of Wilo B. Nunez, a true and correct copy of the modification of the loan). On April 15, 2011, debtors filed a Motion for Approval of the Refinance/Loan Modification of the loan with BAC Home Loans. On April 26, 2001, Trustee filed an approval of the Motion filed by Debtors, conditional on Debtors filing an Objection to the Proof of Claim filed by BAC Home Loans or obtaining an amended Claim showing zero arrearages. As such, Debtors are filing this Objection to the Proof of Claim, based on the change of circumstances, that will result in zero arrearages.

## GROUNDS FOR OBJECTION

Since the debtors and BAC Home Loans have reached an agreement (pending Court approval) modifying the loan that includes zero arrearages, it is no longer necessary for BAC Home Loans to have a Proof of Claim, showing any arrearages on the loan.

## CONCLUSION

**WHEREFORE,** debtors respectfully request that the Proof of Claim of BAC Home Loans be denied, based on the change of circumstances, due to the agreement between the debtors and BAC Home Loans, modifying the loan to include zero arrearages.

Dated: April 30, 2011     /s/ Wilo B. Nunez
Wilo B. Nunez Attorney for Debtors
SALVADOR HERNANDEZ &
VERONICA HERNANDEZ

**DECLARATION OF WILO B. NUNEZ IN SUPPORT OF DEBTORS'**

**OBJECTION TO PROOF OF CLAIM FILED BY BAC HOME LOANS**

I, WILO B. NUNEZ, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the Courts of the State of California and before the United States Bankruptcy Court, Central District of California, and am the attorney of record for the Debtors in this Chapter 13 petition. If called as a witness to testify in this matter, I could and would testify competently under oath to the matters attested to in this Declaration from my own personal knowledge.

2. On or about February 29, 2009, I became aware that BAC Home Loans had filed a Proof of Claim against the debtors, indicating arrearages in the amount of $22,608.73. A true and correct copy of the first two pages of the Proof of Claim by BAC home Loans, downloaded from the court's PACER docket is attached as Exhibit "B". On March 2, 2009, the Court confirmed the Chapter 13 Plan of debtors, which included payments for the arrearages.

3. On or about late March, 2011, I became aware that the debtors and the BAC Home Loans reached an agreement modifying the loan, pending Court approval. The modification includes zero arrearages on the loan. Attached as Exhibit "A" to this Declaration is a true and correct copy of the modification of the loan.

4. On April 15, 2011, I filed on the debtors' behalf a Motion for Approval of the Refinance/Loan Modification of the loan with BAC Home Loans.

5. On April 26, 2001, I became aware that the Trustee filed an approval of the Motion, conditional on Debtors filing an Objection to the Proof of Claim filed by BAC Home Loans or obtaining an amended Claim showing zero arrearages. As such, I am filing this Objection to the Proof of Claim, based on the change of circumstances, that will result in zero arrearages.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct. Executed on April 30, 2011 at Huntington Park, California.

                                                    /s/ Wilo B. Nunez
                                                    WILO B. NUNEZ