| | |
|---|---|
| Attorney or Party Name, Address, Telephone and FAX Number, and California State Bar No.<br><br>**Wilo B. Nunez**<br>**WILO B. NUNEZ**<br>**2675 Olive Street**<br>**Huntington Park, CA 90255**<br>**1-323-588-5191 Fax: 1-323-588-1591**<br>California State Bar Number: **92974**<br><br>☒ Attorney for Debtor<br>☐ Pro Se Debtor<br>☐ Chapter 13 Trustee | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**MAY 03 2011**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** ygreen    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER **13**<br>CASE NUMBER **6:08-bk-27152-CB** |
| In re<br><br>**Salvador Hernandez**<br>**Veronica Hernandez**<br><br>Debtor(s). | (No Hearing Required) |

**ORDER ON:**

☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**
☒ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE/LOAN MODIFICATION ON REAL PROPERTY**
☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
☐ **OTHER:** _____

Based on Debtor's Motion filed on  **April 15, 2011**   as docket entry number  **53**   and the recommendation of the Chapter 13 Trustee, it is ORDERED that Debtor's Motion is:

☐ GRANTED         ☐ DENIED

☒ GRANTED on the terms set forth in the Chapter 13 Trustee's comments on or objection to Debtor's Motion

###

DATED: May 3, 2011

United States Bankruptcy Judge

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 F 3015-1.14

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **Salvador Hernandez**<br>**Veronica Hernandez**<br>Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**WILO B. NUNEZ**
**2675 Olive Street**
**Huntington Park, CA 90255**

A true and correct copy of the foregoing document described as __**Order on Chapter 13 Debtor's Motion**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __**May 2, 2011**__, I will cause to be served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 30, 2011** | **Maria Ruiz** | **/s/ Maria Ruiz** |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                                      F 3015-1.14

Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| **Salvador Hernandez** <br> **Veronica Hernandez** | Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

## SERVICE LIST

Salvador  Hernandez
Veronica  Hernandez
13596 Boulder Lane
Victorville, CA 92392


Rod (CB) Danielson (TR)
4361 Latham Street, Suite 270
Riverside, CA 92501


United States Trustee (RS)
3685 Main Street, Suite 300
Riverside, CA 92501


Bank of America Home Loans
4500 Amon Carter Blvd.
Fort Worth, TX 76155-2202


BAC Home Loans Servicing, L.P.

fka Countrywide Hom
2380 Performance Dr. Bldg C Mail Stop: R
Richardson, TX 75082


Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579
Chase
800 Brooksedge Blvd.
Westerville, OH 43081


Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145


Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE1-1406
Wilmington, DE 19801-2920


Citifinance
4500 New Linden Hill Road
Wilmington, DE 19808 -2922


Countrywide Home Loans
450 American Street
Simi Valley, CA 93065-6285

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                       F 3015-1.14

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **Salvador Hernandez** <br> **Veronica Hernandez** <br> Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

Countrywide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024-4100

eCast Settlement Corp
Assigns of HSBC Bank Navada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste #200
Tucson, AZ 85712-1083
eCast Settlement Corp
P.O. Box 35480
Newark, NJ 07193-5480

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005-8738

GEMB/Loews
P.O. Box 103065
Roswell, GA 30076

GEMB/Sams Club
P.O. Box 981400
El Paso, TX 79998-1400

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

HFC
P.O. Box 1547
Chesapeake, VA 23327-1547

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC/Music
P.O. Box 703
Wood Dale, IL 60191-0703

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 3015-1.14

Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **Salvador Hernandez**<br>**Veronica Hernandez**<br>Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2166

Litton Loan Servicing LP
P.O. Box 82909
Dallas, TX 75382-9009

LVNV Funding LLC. Its Successors
and Assigns, Assignee of
Washington Mutual
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Maria Hernandez
4335 Gettysburg Street
Chino, CA 91710-3209

PRA Receivables Management LLC
As Agent of Portfolio Recoveries Assc.
c/o Wickes Furniture
P.O. Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management LLC
As Agent for Household Finance
of California
P.O. Box 12907
Norfolk, VA 23541-0907

Portfolio Recovery Asso.
P.O. Box 41067
Norfolk, VA 23541-1067

Real Time Solutions
P.O. Box 36655
Dallas, TX 75235-1655

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

THD/CBSD
CCS Gray OPS Center
Sioux Falls, SD 57117-6497

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                            F 3015-1.14

Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re:                                              | CHAPTER 13                        |
|-----------------------------------------------------|-----------------------------------|
| **Salvador Hernandez**                              |                                   |
| **Veronica Hernandez**                              |                                   |
|                                        Debtor(s).  | CASE NUMBER **6:08-bk-27152-CB**  |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *(specify)* __Order on Chapter 13 Debtor's Motion__ was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ___**April 30, 2011**___, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- **Laura NMI Beckmann laura.beckmann@chase.com, bkcourt.notifications@jmpchase.com**

- **Rod (CB) Danielson (TR) notice-efile@rodan13.com**

- **Joe M Lozano notice@NBSDefaultServices.com**

- **Cassandra J Richey cmartin@pprlaw.net**

- **Kathy Shakibi bknotice@rcolegal.com**

- **United States Trustee (RS) ustpregion16.rs.ecf@usdoj.gov**

- 

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                              F 3015-1.14

Case 6:08-bk-27152-CB    Doc 61    Filed 05/03/11    Entered 05/03/11 12:48:03    Desc
Main Document    Page 7 of 9
Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| **Salvador Hernandez** <br> **Veronica Hernandez** | Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

# SERVICE LIST

Salvador  Hernandez
Veronica  Hernandez
13596 Boulder Lane
Victorville, CA 92392

Bank of America Home Loans
4500 Amon Carter Blvd.
Fort Worth, TX 76155-2202

BAC Home Loans Servicing, L.P.

fka Countrywide Hom
2380 Performance Dr. Bldg C Mail Stop: R
Richardson, TX 75082

Bank of the West
1450 Treat Blvd.
Walnut Creek, CA 94597-7579
Chase
800 Brooksedge Blvd.
Westerville, OH 43081

Chase Bank USA, NA
P.O. Box 15145
Wilmington, DE 19850-5145

Chase Card Services
201 North Walnut Street
Attn: Mark Pascale
Mail Stop DE1-1406
Wilmington, DE 19801-2920

Citifinance
4500 New Linden Hill Road
Wilmington, DE 19808 -2922

Countrywide Home Loans
450 American Street
Simi Valley, CA 93065-6285

Countrywide Home Loans, Inc.
7105 Corporate Drive
Plano, TX 75024-4100

eCast Settlement Corp
Assigns of HSBC Bank Navada
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Ste #200

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                        **F 3015-1.14**

F 3015-1.14

| In re: | | CHAPTER 13 |
|---|---|---|
| **Salvador Hernandez**<br>**Veronica Hernandez** | Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

Tucson, AZ 85712-1083

eCast Settlement Corp
P.O. Box 35480
Newark, NJ 07193-5480

Franchise Tax Board
Attention: Bankruptcy
P.O. Box 2952
Sacramento, CA 95812-2952

GEMB/Chevron
4125 Windward Plaza
Alpharetta, GA 30005-8738

GEMB/Loews
P.O. Box 103065
Roswell, GA 30076

GEMB/Sams Club
P.O. Box 981400
El Paso, TX 79998-1400

GEMB/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

HFC
P.O. Box 1547
Chesapeake, VA 23327-1547

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC/Music
P.O. Box 703
Wood Dale, IL 60191-0703

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Litton Loan Servicing
4828 Loop Central Drive
Houston, TX 77081-2166

Litton Loan Servicing LP
P.O. Box 82909
Dallas, TX 75382-9009

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                                           **F 3015-1.14**

Case 6:08-bk-27152-CB   Doc 61   Filed 05/03/11   Entered 05/03/11 12:48:03   Desc
Main Document   Page 9 of 9
Order on Chapter 13 Debtor's Motion - Page 2

F 3015-1.14

| In re: | CHAPTER 13 |
|---|---|
| **Salvador Hernandez**<br>**Veronica Hernandez**<br><br>Debtor(s). | CASE NUMBER **6:08-bk-27152-CB** |

LVNV Funding LLC. Its Successors
and Assigns, Assignee of
Washington Mutual
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Maria Hernandez
4335 Gettysburg Street
Chino, CA 91710-3209

PRA Receivables Management LLC
As Agent of Portfolio Recoveries Assc.
c/o Wickes Furniture
P.O. Box 41067
Norfolk, VA 23541-1067

PRA Receivables Management LLC
As Agent for Household Finance
of California
P.O. Box 12907
Norfolk, VA 23541-0907

Portfolio Recovery Asso.
P.O. Box 41067
Norfolk, VA 23541-1067

Real Time Solutions
P.O. Box 36655
Dallas, TX 75235-1655

Roundup Funding, LLC
MS 550
P.O. Box 91121
Seattle, WA 98111-9221

THD/CBSD
CCS Gray OPS Center
Sioux Falls, SD 57117-6497
-

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.14